**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6484**

_____

HARRISON LEWIS, III,

        Plaintiff - Appellant,

    v.

BARACK HUSSEIN OBAMA; JOHNNY H. HUGHES; DAVID M. AXELROD; DAVID PLOUFFE; J. SANDRA THOMAS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:11-ct-03139-D)

_____

Submitted:  June 21, 2012        Decided:  June 26, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Harrison Lewis, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrison Lewis, III, appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Lewis v. Obama, No. 5:11-ct-03139-D (E.D.N.C. Feb. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED